# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBSTER PROCTOR, on behalf of himself and all others similarly situated and the general public,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NIKE RETAIL SERVICES, INC., et al..,<br><br>　　　　Defendants. | Case No.: 11-CV-6711 YGR<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND PER STIPULATION |

Based on the stipulation of the parties filed January 20, 2012, and, good cause appearing, IT IS ORDERED THAT Defendants shall file and serve their response to Plaintiff's complaint on or before February 22, 2012.

IT IS SO ORDERED.

January 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**