1  HOFFMAN EMPLOYMENT LAWYERS, LLP
   Michael Hoffman, Esq. (State Bar No. 154481)
2  mhoffman@employment-lawyers.com
   Leonard Emma, Esq. (State Bar No. 224483)
3  lemma@sfemployment-lawyers.com
   333 Bush Street, Suite 2250
4  San Francisco, California  94104
   Telephone:  (415) 362-1111
5  Facsimile:   (415) 362-1112

6  Attorneys for Plaintiff
   WEBSTER PROCTOR
7
   SEYFARTH SHAW LLP
8  Jon D. Meer (State Bar No. 144389)
   jmeer@seyfarth.com
9  Sheryl L. Skibbe (State Bar No. 199441)
   sskibbe@jmeer@seyfarth.com
10 2029 Century Park East, 35th Floor
   Los Angeles, California 90067-3021
11 Telephone:  (310) 277-7200
   Facsimile:    (310) 201-5219
12
   Attorneys for Defendants
13 NIKE RETAIL SERVICES, INC.,
   NIKE USA, INC., and NIKE, INC
14

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WEBSTER PROCTOR, on behalf of himself and all others similarly situated, and the general public<br><br>Plaintiffs,<br><br>v.<br><br>NIKE RETAIL SERVICES, INC., an Oregon corporation,<br><br>Defendant. | CASE NO. 11-CV-6711 YGR<br><br>[*Assigned to the Honorable Yvonne Gonzalez Rogers*]<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** (Revised)<br><br>Complaint Filed:            December 29, 2011 |

IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff Webster Proctor ("Plaintiff") and Defendant NIKE Retail Services, Inc. ("Defendant") (collectively, the "Parties"), that:

(1) On April 20, 2012, Plaintiff filed the Second Amended Complaint pursuant to stipulation of the Parties and Order of the Court;

(2) Defendant's deadline to file a responsive pleading to the Second Amended Complaint is May 4, 2012;

(3) The Parties have met and conferred regarding the Second Amended Complaint and agree that, instead of Defendant filing a Motion to Dismiss and/or Strike on or before May 4, 2012, Plaintiff should be granted leave to file the proposed Third Amended Complaint, a copy of which is attached hereto as Exhibit A; and

(4) Defendant agrees to file an answer to the proposed Third Amended Complaint.

The parties also stipulate that the Third Amended Complaint shall be deemed ~~filed and~~ served on Defendant NIKE Retail Services, Inc., as of the date of the Court's Order.

IT IS SO STIPULATED.

DATED: May 3, 2012                    SEYFARTH SHAW LLP


By: /s/ _____
    Sheryl Skibbe
Attorneys for Defendants
NIKE RETAILS SERVICES, INC., NIKE USA, INC AND NIKE, INC.


DATED: May 3, 2012                    HOFFMAN EMPLOYMENT LAWYERS, LLP


By: /s/_____
    Michael Hoffman
Attorneys for Plaintiff
WEBSTER PROCTOR

1 | IT IS SO ORDERED.  Plaintiff shall file his Third Amended Complaint no later than May 11, 2012.
2 | Defendant shall file and serve its answer no later than May 29, 2012.
3 | DATED: May __7__, 2012

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge

14330588v.1