UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBSTER PROCTOR, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>NIKE RETAIL SERVICES, INC.,<br><br>    Defendant. | Case No.: 11-cv-6711-YGR<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO COMPLY WITH THIS COURT'S STANDING ORDER IN CIVIL CASES** |

TO PLAINTIFF WEBSTER PROCTOR, DEFENDANT NIKE RETAIL SERVICES, INC. AND THEIR RESPECTIVE COUNSEL OF RECORD:

Lead Counsel for Plaintiff and for Defendant are hereby **ORDERED TO SHOW CAUSE** why they each should not be sanctioned for failure to comply with this Court's Standing Order in Civil Cases, paragraph 8(b). Paragraph 8(b) requires that discovery disputes:

> must be summarized jointly by the parties in a *joint* letter brief no longer than four pages. The joint letter brief must attest that, prior to filing the request for relief, counsel met and conferred *in person* and must concisely summarize those remaining issues that counsel were unable to resolve.

The letter filed by counsel for Plaintiffs on August 10, 2012, (Dkt. No. 34) indicates that, although the dispute was first raised on July 17 by Plaintiffs, the parties have not met and conferred in person and counsel for Defendant has not yet cooperated with providing a joint statement of the dispute.

A hearing on this Order to Show Cause shall be held on Wednesday, August 22, 2012, at 9:00 a.m., in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be

designated.  Counsel shall file a written response to this Order to Show Cause no later than <u>noon on Monday, August 20, 2012,</u> explaining counsel's failure to comply with the above rules, as well as certifying that counsel has personally read the Court's Standing Order in Civil Cases.  Counsel shall be required to appear personally at the hearing and should bring copies of any relevant correspondence to the hearing.

If the parties submit a written notice to the Court that the dispute has been resolved in the interim, the Court will consider taking the Order to Show Cause hearing off calendar.

**IT IS SO ORDERED.**

Dated: August 15, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**