```
HOFFMAN EMPLOYMENT LAWYERS, LLP
Michael Hoffman, Esq. (State Bar No. 154481)
mhoffman@employment-lawyers.com
Leonard Emma, Esq. (State Bar No. 224483)
lemma@employment-lawyers.com
580 California Street, Suite 1600
San Francisco, California  94104
Telephone:  (415) 362-1111
Facsimile:   (415) 362-1112

Attorneys for Plaintiff
WEBSTER PROCTOR

SEYFARTH SHAW LLP
Jon D. Meer (State Bar No. 144389)
jmeer@seyfarth.com
Sheryl L. Skibbe (State Bar No. 199441)
sskibbe@jmeer@seyfarth.com
Casey J.T. McCoy (State Bar No. 229106)
cjtmcoy@seyfarth.com
2029 Century Park East, 35th Floor
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

SEYFARTH SHAW LLP
Simon L. Yang (State Bar No. 260286)
syang@seyfarth.com
333 South Hope Street, Suite 3900
Los Angeles, California 90071
Telephone:     (213) 270-9600
Facsimile:      (213) 270-9601

Attorneys for Defendant
NIKE RETAIL SERVICES, INC.
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WEBSTER PROCTOR, on behalf of himself and all others similarly situated, and the general public<br><br>Plaintiffs,<br><br>v.<br><br>NIKE RETAIL SERVICES, INC., an Oregon corporation,<br><br>Defendant. | CASE NO. 11-CV-6711 YGR<br><br>[*Hon. Yvonne Gonzalez Rogers*]<br>ORDER APPROVING<br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** [~~PROPOSED ORDER THEREON~~]<br><br>Complaint Filed:        December 29, 2011<br>FAC Filed:                   March 14, 2012<br>SAC Filed:                    Apr. 20, 2012<br>TAC Filed:                     May 3, 2012 |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). The undersigned counsel represent that they are fully authorized by their respective clients to enter into this Stipulation for Dismissal.

I attest that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

DATED: October 15, 2012                SEYFARTH SHAW LLP


                                       By:   /s/ Sheryl L. Skibbe
                                             Sheryl L. Skibbe
                                             Simon L. Yang
                                       Attorneys for Defendant
                                       NIKE RETAIL SERVICES, INC.


DATED: October 15, 2012                HOFFMAN EMPLOYMENT LAWYERS, LLP


                                       By:   /s/ Leonard Emma
                                             Michael Hoffman
                                             Leonard Emma
                                       Attorneys for Plaintiff
                                       WEBSTER PROCTOR


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/17/12                        _____
                                       Honorable Yvonne Gonzalez-Rogers
                                       United States District Judge

---

1

JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE;
[PROPOSED] ORDER THEREON
CASE NO. 11-CV-6711 YGR